IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA J. KNIER, | : | No. 3:16cv457 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Cohn) |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 6th day of July 2017, it is hereby **ORDERED** as follows:

1) Plaintiff's objections (Doc. 19) to the magistrate judge's report & recommendation (Doc. 18) are **SUSTAINED**;

2) Magistrate Judge Gerald B. Cohn's report & recommendation (Doc.18) is **NOT ADOPTED**;

3) The Clerk of Court shall enter judgment in favor of plaintiff Debra J. Knier and against the Commissioner of Social Security; and

4) The Clerk of Court is directed to remand this case to the Commissioner for further proceedings consistent with this memorandum.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY
United States District Court**

1